IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMMY RAY, Individually and on behalf of De'Avia Ray, a minor child, | ) ) ) | 8:04CV382 |
| Plaintiff, | ) ) | **JUDGMENT** |
| vs. | ) ) | |
| OMAHA HOUSING AUTHORITY, | ) ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 31) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

DATED: April 21, 2005.   BY THE COURT:

s/ Richard G. Kopf
United States District Judge